| | |
|---|---|
| 1 | CECILIA QUINN LAW |
| 2 | CECILIA QUINN, ESQ., SBN 284674<br>Email: cquinn@quinnlaw.us |
| 3 | 4000 W. Magnolia Blvd., Suite G<br>Burbank, California 91505 |
| 4 | Telephone: (855) 478-4665<br>Facsimile: (855) 475-7245 |
| 5 | Attorney for Plaintiffs, DANIEL GUERRA and MONICA CARAM |

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
KRYSTAL N. LOPILATO, ESQ., Cal. Bar No. 263320
E-Mail: klopilato@vhtattorneys.com
575 Market Street, Suite 1700
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendants
NBCUNIVERSAL MEDIA, LLC,
TELEMUNDO MEDIA LLC,
JENNIFER MCNICHOLAS, and
MICHAEL SIEGELMAN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GUERRA, an individual, and MONICA CARAM, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>NBC UNIVERSAL MEDIA LLC; TELEMUNDO MEDIA LLC, a subsidiary of the National Broadcasting Company, Inc.; JENNIFER MCNICHOLAS, an individual; MICHAEL SIEGELMAN, an individual, and Does 1 through 30, inclusive,<br><br>　　Defendants. | CV13-5060 DSF (PLAx)<br><br>[**PROPOSED**] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT<br><br>Action Filed: April 24, 2013<br>Trial Date:   None Set |

{100057742}

CASE NO. CV13-5060 DSF (PLAx)   [PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT

# [~~PROPOSED~~] ORDER

The Court having reviewed the parties' Stipulation to Remand Action to State Court, and good cause appearing therefore:

IT IS HEREBY ORDERED that this action shall be remanded back to the Superior Court of California, County of Los Angeles.

IT IS ALSO ORDERED that Defendants' responsive pleadings to Plaintiffs' Second Amended Complaint shall be due within 15 days of confirmation that the Superior Court of California, County of Los Angeles has accepted the remanded action and re-opened the state court file.

**IT IS SO ORDERED.**

Dated: September 23, 2013

*/s/ Dale S. Fischer*

Honorable Dale S. Fischer
United States District Judge

{100057742}